IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATHANIEL DIXON, | ) | No. C 11-5725 JSW (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| REPRESA STATE PRISON, | ) | |
| Defendant. | ) | |

On November 30, 2011, Plaintiff, a prisoner of the State of California, filed a letter with the Court complaining of certain conditions in his prison. The Clerk construed it as an attempt to file a civil rights action under 42 U.S.C. § 1983, and on the same day notified Plaintiff that he had neither filed a complaint nor paid the filing fee or filed a completed application to proceed in forma pauperis ("IFP"). Along with the notices, the Clerk mailed to Plaintiff the Court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, Plaintiff was informed that the case would be dismissed if he did not file a complaint and either pay the fee or file a completed IFP application within thirty days. No response from Plaintiff has been received. Accordingly, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: 02/03/2012

JEFFREY S. WHITE
United States District Judge